IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVIN LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:03cv712-A |
| | ) |
| MICHAEL HALEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 14 November 2005, the Magistrate Judge filed a Recommendation (Doc. #56) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the defendants' motion for summary judgment be and is hereby GRANTED;

3. That this case be and is hereby DISMISSED with prejudice; and

4. That costs of this proceeding be and are hereby taxed against the plaintiff.

Done this the 5th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE